**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT ROOSE,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0388** |
| | ) | **Electronically Filed** |
| **JO ANNE B. BARNHART,** | ) | |
| Commissioner of Social Security, | ) | |
| Defendant | ) | |

**ORDER OF COURT**

**AND NOW**, this **29th day of November, 2006**, in accordance with the foregoing opinion, it is **HEREBY ORDERED** as follows:

1.  Plaintiff's Motion for Summary Judgment (doc. no. 8) is **GRANTED.**

2.  Defendant's Motion for Summary Judgment (doc. no. 6) is **DENIED.**

3.  This case is hereby remanded for further proceedings.

4.  Judgment is entered in favor of the **PLAINTIFF.**

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:  All counsel of record